# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WILLIAM KIRST and CHRISTINA KIRST, Derivatively on Behalf of Nominal Defendant NOVAVAX, INC., <br><br> Plaintiffs, <br> v. <br><br> STANLEY C. ERCK, *et al.*, <br><br><br> Defendants, <br><br> And, <br><br> NOVAVAX, INC., <br><br> Nominal Defendant. | Case No.: 8:22-cv-00024-TDC |

## PLAINTIFFS' MOTION TO REMAND
## THE DERIVATIVE ACTION TO STATE COURT

Plaintiffs William Kirst and Christina Kirst ("Plaintiffs"), by and through their undersigned attorneys, hereby move this Court pursuant to 28 U.S.C. § 1447(c) for an order remanding this action to the Circuit Court for Montgomery County, Maryland.  This action should be remanded because it was improperly removed by Defendants.  Remand is further warranted because of Defendants' gamesmanship, in attempting to deprive Plaintiffs of their rightful choice of a state forum by attempting to remove the action before Plaintiffs had an opportunity to serve any of the forum defendants.  Removal under such circumstances is improper under 28 U.S.C. § 1441(b)(2) and is against public policy.

In further support of this Motion, Plaintiffs attach their Memorandum of Points and Authorities.

WHEREFORE, Plaintiffs respectfully request that this Court remand the above-captioned action to the Circuit Court for Montgomery County, Maryland, for further proceedings.

Dated: February 7, 2022

                Respectfully submitted,

                By: */s/ Jaime W. Luse*
                John B. Isbister, Bar No. 00639
                Jaime W. Luse, Bar No. 27394
                **TYDINGS & ROSENBERG LLP**
                One East Pratt Street, Suite 901
                Baltimore, MD 21202
                (410) 752-9700- telephone
                (410) 727-5460 - facsimile
                Email: jisbister@tydings.com
                Email: jluse@tydings.com

                **GAINEY McKENNA & EGLESTON**
                Gregory M. Egleston
                501 Fifth Avenue, 19th Floor
                New York, NY 10017
                Telephone: (212) 983-1300
                Facsimile: (212) 983-0383
                Email: gegleston@gme-law.com
                (admitted *pro hac vice*)

                ***Attorneys for Plaintiffs***