UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

WILLIAM KIRST and
CHRISTINA KIRST,
*Derivatively on Behalf of Nominal Defendant*
NOVAVAX, Inc.,

    Plaintiffs,

v.

STANLEY C. ERCK,
MARGARET G. McGLYNN,
RACHEL KING,
GREGG ALTON,
JAMES F. YOUNG,
RICHARD DOUGLAS,
RAJIV I. MODI,
MICHAEL A. McMANUS, JR.,
DAVID MOTT,
GREGORY F. COVINO,
JOHN J. TRIZZINO and
NOVAVAX, INC.,

    Defendants.

Civil Action No. TDC-22-0024

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Plaintiffs' Motion to Remand, ECF No. 23, is GRANTED, and this case is REMANDED to the Circuit Court for Montgomery County, Maryland.

Date: July 21, 2022

THEODORE D. CHUANG
United States District Judge